**Order entered August 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00951-CV

## D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE, ET AL., Appellants

### V.

## JANAY BENDER ROSENTHAL, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01346**

## ORDER

We **GRANT** court reporter Vielica Dobbins's request for extension of time to file the reporter's record and **ORDER** the record tendered to the Clerk of the Court August 18, 2014 filed as of that date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE